UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH HILL,<br><br>    Defendant. | No. CR23-061-JHC<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

  THE COURT has considered Joseph Hill's Motion for Early Termination of Supervised Release, Dkt. # 6, and the records in this case.

  THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Hill's supervised release is warranted by the conduct of Mr. Hill and is in the interests of justice. The term of supervised release for Mr. Hill shall be terminated, effective immediately.

  The Clerk of the Court is directed to send copies of this order to all counsel of record and to the United States Probation Office.

  DONE this 23rd day of October, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EARLY TERMINATION OF
SUPERVISED RELEASE
(*U.S. v. Hill*, CR23-061-JHC) - 1